> Motion GRANTED. Hearing set for 6/1/17 at 11:00 a.m.
>
> /s/ Aleta A. Trauger

# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | 3:16-CR-000176-7 |
| ) | JUDGE ALETA A. TRAUGER |
| LAKRISTA KNOWLES. ) | |

## MOTION TO SET CHANGE OF PLEA HEARING

**COMES** now the Defendant, LaKrista Knowles, by and through counsel David M. Hopkins, and respectfully moves this Honorable Court to set a change of plea hearing for the Defendant. As grounds for this Motion, the Defendant would state that she intends to enter a plea of guilty in this matter.

Respectfully submitted this 26th day of April, 2017.

/s/ *David M. Hopkins*
David M. Hopkins (TN BPR #020134)
Attorney for Defendant
745 S Church Street, Suite 303
Murfreesboro, TN 37130
615-852-8228
attydavidhopkins@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2017, I electronically filed the foregoing *Motion to Set Change of Plea Hearing* with the Clerk of the Court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Amanda Klopf and Courtney L. Coker, Assistant United States Attorneys, 110 Ninth Avenue South, Suite A961, Nashville, Tennessee 37203.

/s/ *David M. Hopkins*
David M. Hopkins